UNITED STATES of America v. SAN DIMAS COMPANY, a Corporation.

No. 10100.

Circuit Court of Appeals, Ninth Circuit.

March 30, 1942.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

J. J. Lermen, of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

John A. VAN CLEVE et al. v. CHARLES NELSON COMPANY.

No. 9496.

Circuit Court of Appeals, Ninth Circuit.

March 16, 1942.

Philip S. Ehrlich, of San Francisco, Cal., for appellant.

Sterling Carr, of San Francisco, Cal., for appellee.

Before GARRECHT and HANEY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed without costs to any party, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Clint Owen WILLIAMS, Appellant, v. UNITED STATES of America, Appellee.

No. 9080.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1942.

Murchison & Manhein and Roger Murray, all of Jackson, Tenn., for appellant.

William McClanahan, U. S. Atty., of Memphis, Tenn., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judge.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and the court being of opinion that there was substantial evidence to support the verdict, and that there was no reversible error in the reception in evidence of the documents identified in the record as Exhibits "A", "B" and "C", it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.